## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Anthony R. Mautone

         v.               :      Violation Notice: H5010310

NONA JANIASHVILI          :      <u>ORDER FOR DISMISSAL</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5010310 against defendant Nona Janiashvili, which was filed on December 18, 2014, charging her with possessing a knife, for the reason that prosecution of defendant Nona Janiashvili is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Nona Janiashvili of the Pretrial Diversion Program.  If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the
filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/28/15